**M. E. CADENHEAD, Administrator, etc., Plaintiffs in Error, v. Robert L. OWEN et al., Defendants in Error.**

Circuit Court of Appeals, Eighth Circuit.
March 21, 1929.

No. 8559.

Cad Mathis, of McAlester, Okl., for plaintiffs in error.

D. Haden Linebaugh and Paul Pinson, both of Muskogee, Okl., for defendants in error.

PER CURIAM. Writ of error docketed and dismissed, without costs to either party in this court, per stipulation of parties.

**Steven CAFARA ex rel. Ralph DE FILIPPO, Petitioner, Appellant, v. Anna C. M. TILLINGHAST, U. S. Commissioner of Immigration, Respondent, Appellee.**

Circuit Court of Appeals, First Circuit.
October 24, 1928.

No. 2258.

John W. Connelly, of Boston, Mass., for appellant.

John W. Schenck, Asst. U. S. Atty., of Boston, Mass. (Frederick H. Tarr, U. S. Atty., of Boston, Mass., on the brief), for appellee.

Before BINGHAM, JOHNSON, and ANDERSON, Circuit Judges.

PER CURIAM. For the reasons set forth in the opinion of the District Court [31 F.(2d) 384], the decree of the District Court is affirmed.

**CITY OF GAINESVILLE, a Texas Municipal Corporation, Appellant, v. BROWN–CRUMMER INVESTMENT COMPANY et al., Appellee.**

Circuit Court of Appeals, Fifth Circuit.
April 23, 1929.

No. 4861.

W. O. Davis, of Gainesville, Tex. (Cecil Murphy, of Gainesville, Tex., on the brief), for appellant.

John T. Suggs, of Denison, Tex., F. C. Dillard, of Sherman, Tex., Alex F. Weisberg, of Dallas, Tex., and Henry O. Head, of Sherman, Tex. (Head, Dillard, Smith, Maxey & Head, of Sherman, Tex., Elcock & Martin, of Wichita, Kan., and Thompson, Knight, Baker & Harris, of Dallas, Tex., on the brief), for appellees.

Before WALKER, BRYAN, and FOSTER, Circuit Judges.

FOSTER, Circuit Judge. On a previous hearing we affirmed a judgment in favor of appellee Brown-Crummer Investment Company and directed that the proceedings as between appellant and Head, executor, and the Southern Surety Company, be dismissed. 20 F.(2d) 497. On writ of certiorari the Supreme Court reversed the judgment as to the parties dismissed and remanded the case for further proceedings, without passing on the merits of the controversy between the city and the investment company, intimating that a decision of that question might properly await the decision of the same question by the Supreme Court of Texas in a case then pending, 277 U. S. 54, 48 S. Ct. 454, 72 L. Ed. 781.

The issues have been fully covered in the opinions in the reported cases above cited and need not be further discussed. We are advised that the Commission of Appeals of Texas, in the case referred to by the Supreme Court, Keel v. Pulte, 10 S.W.(2d) 694, has rendered a decision in line with our views, which has been approved by the Supreme Court of Texas and is final.

Affirmed.